# UNITED STATES BANKRUPTCY COURT
## NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable: Deborah L. Thorne          Hearing Date: 2.19.2020

Bankruptcy Case No. 19-32066          Adversary No.

Title of Case: Julio G Giraldo

Brief Statement of Motion: Amended Chapter 13 Plan

Name(s) and Addresses of Moving Counsel:
David Gallagher
77 W. Washington Ste 1218
Chicago, IL 60602

Representing: Julio Giraldo

## ORDER

Amending section 8.1 of the Chapter 13 plan to add "Debtor will tender any non-exempt proceeds from his personal injury case to the Trustee once received as an additional plan payment."

United States Bankruptcy Judge